UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC. | : |
| Plaintiffs, | : Civil Action No. 2:11-cv-11559-JAC-MAR |
| v. | : Honorable Julian Abele Cook |
| YOUNES CORPORATION, INC. d/b/a Citgo Mini Mart, 13601 W. McNichols Street, Detroit, MI 48227 | : Magistrate Judge Mark A. Randon |
| and | : |
| HASAN Z. YOUNES | : |
| and | |
| Unknown Defendants 1-10 (JOHN DOES), | |
| Defendant(s). | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER RESOLVING MOTION TO COMPEL

The parties submit the following proposed language for an order resolving Coach's Motion to Compel (dkt 14), heard by the Court on March 6, 2012:

This matter having come before the Court on Plaintiffs' Motion to Compel (dkt 14), and the parties being heard at oral argument and through their respective written submissions, it is hereby ordered that:

> Defendants shall fully and completely answer Interrogatories 1-4 of Coach's first set of interrogatories. The answer shall include their best and most accurate estimate of the sales of handbags and "Infringing Products" as that term is defined in the Interrogatories, and the dates of sale of such items. No responsive information available to either Defendant shall be omitted from the answers. The answers shall be verified by the Defendants. Such answers shall be furnished by no later than the close of business on March 15, 2012.

IT IS SO ORDERED.

       s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated: March 15, 2012

### CERTIFICATE OF SERVICE

*I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 15, 2012.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*

Submitted by:

| /s/ Joe Sadler | /s/ Samer Mohamed Fakih (w/permission) |
|---|---|
| Joe Sadler (P71829) | Samer Mohamed Fakih (P68876) |
| WARNER NORCROSS & JUDD LLP | FAKIH & ASSOCIATES PLLC |
| *Attorney for Plaintiffs* | *Attorney for Defendants Younes* |

7852734-1