UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC. | : |
| Plaintiffs, | : Civil Action No. 2:11-cv-11559-JAC-MAR |
| v. | : Honorable Julian Abele Cook |
| YOUNES CORPORATION, INC. d/b/a Citgo Mini Mart, , Detroit, MI 48227 13601 W. McNichols Street | : |
| and | : |
| HASAN Z. YOUNES | : |
| and | : |
| Unknown Defendants 1-10 (JOHN DOES), | : |
| Defendant(s). | : |

---

## INDEX OF EXHIBIT

| Exhibit | Description |
|---|---|
| **Exhibit A** | Excerpts of Hasan Younes Deposition Transcript |
| **Exhibit B** | Excerpts of Mohamed Mallah Deposition Transcript |
| **Exhibit C** | Excerpts of Dania Mallah Deposition Transcript |

8513930-1