**EXHIBIT C**

COACH, INC., ET AL VS YOUNES CORP., INC.                    DEPOSITION OF DANIA MALLAH

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

COACH, INC., and COACH SERVICES, INC.

    Plaintiffs,

v                                          File No. 2:11-cv-11559-JAC-MAR

                                          HON. JULIAN A. COOK, JR.
YOUNES CORPORATION, INC., d/b/a
Citgo Mini Mart, 13601 W. McNichols
Street, Detroit MI 48227,

and

HASAN Z. YOUNES,

and

Unknown Defendants 1-10 (JOHN DOES),

    Defendants.
                              /

DEPOSITION OF DANIA MALLAH

    Taken by the Plaintiffs on the 16th day of March, 2012 at

    16030 Michigan Avenue, Suite 200, Dearborn, Michigan at

    10:00 a.m.

APPEARANCES:

For the Plaintiffs:         MR. JACOB JOSEPH SADLER (P71829)
                            Warner Norcross & Judd, LLP
                            111 Lyon Street NW, Suite 900
                            Grand Rapids, Michigan 49503
                            (616) 752-2271

For the Defendants:         MR. SAMER M. FAKIH (P68876)
                            Fakih & Associates, PLLC
                            16030 Michigan Avenue, Suite 200
                            Dearborn, Michigan 48126
                            (313) 846-6300

COACH, INC., ET AL VS YOUNES CORP., INC.                    DEPOSITION OF DANIA MALLAH

Page 7

```
 1        U of M?
 2   A    Henry Ford.
 3   Q    So if I understand you, you've completed all the work
 4        necessary to get a BA, but it just hasn't been issued yet?
 5   A    Yeah, I -- no, no, I have to do student teaching, like I
 6        said.
 7   Q    Correct.
 8   A    Yeah, I have to do student teaching because I was -- I had
 9        to stop, yeah.
10   Q    Okay.  Are you doing the student teaching now?
11   A    No.
12   Q    Where do you work now, if you do work?
13   A    No, I don't work.
14   Q    Okay.  What was the last job you held?
15   A    At Citgo gas station.
16   Q    Is that Mr. Younes' gas station?
17   A    Yeah.
18   Q    How long did you have that job?
19   A    For a couple of years.
20   Q    Can you give me just an idea of when you started and stopped
21        working for Mr. Younes?
22   A    I started in early 2010 and just last -- just February I
23        stopped.
24   Q    Okay.  Why did you -- did you quit or were you discharged?
25   A    Did I -- I'm sorry.  No -- a discharge, yeah.  What do you
```

*Network Reporting*
1-800-632-2720

ee2839b5-fdd1-4ffc-9130-105b97deb5e0

COACH, INC., ET AL VS YOUNES CORP., INC.     DEPOSITION OF DANIA MALLAH

Page 8

```
 1        mean "discharge"?
 2   Q    I mean, were you asked to leave or did you leave because you
 3        wanted to?
 4   A    No, because there was a new owner and he didn't let me keep
 5        my position there.
 6   Q    I see.  So there was a change in ownership and the new owner
 7        brought in his own people?
 8   A    Uh-huh; yeah.
 9   Q    While you were working for Mr. Younes, what was your
10        position?
11   A    Just the lottery girl; behind lottery and sometimes cleaned
12        up when things slowed down.
13   Q    All right.  And about how many hours a week would you work,
14        on average?
15   A    20 to 30 hours.
16   Q    Is the gas station open 24 hours?
17   A    I believe so, yeah.
18   Q    Okay.  Which shift did you ordinarily work?
19   A    From like 11:00 to 7:00.
20   Q    Were you paid hourly?
21   A    Yes.
22   Q    How much an hour?
23   A    10.
24   Q    When you said you were the "lottery girl," I'm going to
25        assume that that means that you had responsibility for --
```